**UNITED STATES of America,**
**Appellee,**

v.

**Arnett J. BONNER, Appellant.**

No. 09–2356.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 11, 2010.

Filed: Feb. 23, 2010.

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Arnett Bonner appeals the 112–month sentence the district court [1] imposed after granting the government's Fed.R.Crim.P. 35(b) motion to reduce Bonner's sentence based on substantial assistance. Upon careful review, we conclude that we lack jurisdiction to review Bonner's appeal. *See United States v. Haskins,* 479 F.3d 955, 957 (8th Cir.2007) (per curiam) (jurisdiction over appeal of Rule 35(b) sentence

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

is governed by 18 U.S.C. § 3742(a); although defendant framed issue as sentence's overall reasonableness, he was appealing court's ruling on motion to reduce sentence, and court lacked jurisdiction because he did not satisfy § 3742(a) criteria). Accordingly, we grant counsel leave to withdraw and we dismiss this appeal for lack of jurisdiction.